Harold Epstein, appellee, v. John R. Geary, appellant. Gen. No. 35,583.

Opinion filed January 25, 1932. Rehearing denied February 8, 1932.

Hart, Frank & Shomberg, for appellant; Milton Hart, of counsel. Sissman & Sissman, for appellee; Peter Sissman, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

## THIRD DISTRICT.

Frank T. O'Hair, plaintiff in error, v. The Cleveland, Cincinnati, Chicago & St. Louis Railway Company, defendant in error. Gen. No. 8,543.

Opinion filed February 1, 1932.

Burnie McClain, for plaintiff in error. T. A. McCormack and S. W. Baxter, for defendant in error; H. N. Quigley, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

Clayton C. Clements et al., appellees, v. Rebecca Lind, appellant. Gen. No. 8,547.

Opinion filed February 1, 1932.

Leslie J. Taylor, for appellant; C. E. Flesher, of counsel. Hogan & Coale, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.